United States Courts
Southern District of Texas
FILED
*July 26, 2024*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | CRIMINAL NO. **4:24-cr-00397** |
| § § | |
| NICAH ANDERSON § | |

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT ONE

*(Title 18 U.S.C. §§ 922(a)(1)(A) AND 2 ENGAGING IN THE BUSINESS OF DEALING IN FIREARMS WITHOUT A LICENSE – AIDING AND ABETTING)*

From on or about December 1, 2022, and continuing until on or about March 30, 2023, in the Houston Division of the Southern District of Texas,

NICAH ANDERSON,

defendant herein, aided and abetted an individual, Cooperator 1, who, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 2, 922(a)(1)(A), 923(a) and 924(a)(1)(D).

## FORFEITURE NOTICE

The allegations contained in this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the firearm offenses alleged in Count One in this Information, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) or

1

otherwise abandon any property, real or personal, which was involved in or facilitated the offenses, including, but not limited to the following: 1) defendant's federal license to deal firearms and 2) approximately 266 firearms, 138,940 rounds of ammunition and seven (7) silencers that ATF Special Agents seized during their search of NE Guns, the Houston, Texas firearms dealer of which defendant is majority owner, on or about July 19, 2023.

If any of the property described above, as a result of any act or omission of the defendant:

    a) cannot be located upon the exercise of due diligence;

    b) has been transferred or sold to, or deposited with, a third party;

    c) has been placed beyond the jurisdiction of the court;

    d) has been substantially diminished in value; or

    e) has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

ALAMDAR HAMDANI
UNITED STATES ATTORNEY

*John S. Ganz*
John S. Ganz
Assistant United States Attorney